UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| USA | CRIMINAL ACTION NO. 07-195-DLD |
| VERSUS | |
| JEFFREY R. FRITSCHER, DANIEL J. SCHMIDT, ANDREW J. MAHONEY | CONSENT CASE |

### ORDER

**IT IS ORDERED** that the parties shall submit briefs setting forth the elements of the offenses charged by **Tuesday, January 8**, **2008**. In particular, please brief the issue of whether "intent" is a required element of the offenses charged. If "intent" is not an element required for the offenses charged, please address whether any evidence with regard to intent is relevant.

Signed in Baton Rouge, Louisiana, on January 2, 2008.

_____
**MAGISTRATE JUDGE DOCIA L. DALBY**